

# Fourth Court of Appeals
## San Antonio, Texas

March 27, 2014

No. 04-12-00623-CV

**TEAL TRADING AND DEVELOPMENT, LP.**,
Appellant

v.

**CHAMPEE SPRINGS RANCHES PROPERTY OWNERS ASSOCIATION**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 06-500A
Honorable Michael Peden, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Justice
     Rebeca C. Martinez, Justice
     Luz Elena D. Chapa, Justice

The Appellee's Motion for Extension of Time to File Motion for Rehearing and En Banc Rehearing is GRANTED. The time is extended to April 18, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court